### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ALI BURGOS                          :
                                    : CIVIL ACTION
        Plaintiff            :
                                    :
   vs.                            : NO. 16-CV-6338
                                    :
TRANS UNION, LLC, <u>et</u>. <u>al</u>.,    :
                                    :
        Defendants           :


### ORDER

AND NOW, this   18th   day of May, 2017, upon consideration of the Motion of Defendant Credit One Bank, N.A. to Compel Arbitration (Doc. No. 32) and Plaintiff's Response in Opposition thereto, it is hereby ORDERED that the Motion is CONTINUED for a period of thirty (30) days from the entry date of this Order and supporting Memorandum Opinion during which time the parties are free to conduct discovery relative to the issue of the substantive unconscionability of the arbitration agreement at issue.

IT IS FURTHER ORDERED that the parties shall have one week (7 days) from the expiration of the 30-day discovery period to file additional briefs and to supplement the record.  Thereafter, the Court shall issue an Order finally determining the Motion.

                           BY THE COURT:


                           s/J. Curtis Joyner
                           J. CURTIS JOYNER,      J.