# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALI BURGOS** : | Case Number 2:16-cv-06338-JCJ |
| **Plaintiff** : | |
| vs. : | |
| **TRANS UNION, LLC, et. al.** : | |
| **Defendants** : | |

**FILED**
APR -5 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED**, by and between the Plaintiff, ALI BURGOS, and the defendant, CREDIT ONE FINANCIAL d/b/a CREDIT ONE BANK, N.A., that the above entitled action is hereby dismissed with prejudice as to CREDIT ONE FINANCIAL d/b/a CREDIT ONE BANK, N.A., and without attorney's fees and costs against any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Vullings Law Group, LLC

BY: */s/ Brent F. Vullings*
Brent F. Vullings, Esq.
*Attorney for Plaintiff*
*Ali Burgos*

McGuire Woods, LLP

BY: */s/ Benjamin Sitter*
Benjamin Sitter, Esq.
*Attorney for Defendant*
*Credit One Financial*
*d/b/a Credit One Bank, N.A.*

IT IS SO ORDERED.

*/s/ J. Curtis Joyner*, J.